In the Matter of the Petition of GEORGE F. SCHWARZ and Others, Stockholders, etc., Respondents. THE NEW YORK · TRAP ROCK CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDWIN B. HOLMES and Another, as Copartners, etc., Respondents, v. ROBERT M. McCRORY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROBERT C. MARKS, Respondent, v. THE FEDERAL FELTING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PAUL BLOCK, INC., Respondent, v. AMERICAN PRESS ASSOCIATION (A Foreign Corporation), Defendant. AMERICAN PRESS ASSOCIATION, a Domestic Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GROBERT REALTY CO., INC., Respondent, v. DORF BROTHERS & CO., INC., and MAX DORF, Appellants.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Proving the Last Will and Testament of AMOS F. ENO, Deceased, as a Will of Real and Personal Property. (Paper Writing Dated June 18, 1915.) WILLIAM P. ENO and Others, Appellants; LUCIUS H. BEERS and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements, on opinion of Foley, S. [Reported in 118 Misc. Rep. 431.] Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

KENVIN & GLASS CO., INC., Appellant, v. HUYLER'S, a Corporation, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ROBERT GOOD, Appellant, v. LORETTA GOOD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

INA BROOKS, Appellant, v. LOUIS K. ANSPACHER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BERTHA HELEN BAKER, Appellant, v. JOHN ALBERT BAKER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

S. J. SMITH & CO., INC., Respondent, v. DAYTON, PRICE & COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEATRICE PROVOST NUGENT, Respondent, v. WILLIAM E. SMITH and Another, Appellants.— Order modified as stated in order, and as so modified affirmed,

without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.